RECEIVED
IN LAKE CHARLES, LA

DEC 13 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HORATIO S. JOSS** | : | DOCKET NO. 11-CV-1299 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| ERIC HOLDER, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition for writ of habeas corpus be DISMISSED in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 12 day of Dec, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE